**FILED**

07/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0055

Case No. DA 22-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DENNIS McDONALD, as a general partner, )
managing partner, and limited partner of OPEN )
SPEAR RANCH FAMILY LIMITED )
PARTNERSHIP )
  )
  )
    Counter Defendant, )
    and Appellant, )
vs. )
  )
  )
SHARON McDONALD, as a general partner )
KELLY McDONALD FRASER, limited partner )
COURTNEY McDONALD, limited partner )
CASEY McDONALD, limited partner of the )
OPEN SPEAR RANCH FAMILY LIMITED )
PARTNERSHIP, )
  )
  )
    Counter Claimants and Appellees )

## ORDER FOR EXTENSION OF TIME

Upon consideration of Appellees' Motion for Extension of Time and good cause appearing therefore, Appellees Kelly McDonald Fraser, Courtney McDonald and Casey McDonald, are granted an extension of time within which to file their Answer Brief to and including September 6, 2022.

Dated this _____ day of _____, 2022.

1

_____
Bowen Greenwood
Clerk of the Montana Supreme Court

Cc:   Rodd A. Hamman
       Jim Lippert
       David B. Gallik
       Hertha L. Lund

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 21 2022